

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00033-CV

| | | |
|---|---|---|
| Paul Flores | § | From the 17th District Court |
| v. | § | of Tarrant County (17-243110-10) |
| Deutsche Bank National Trust Company, As Trustee for Fremont Home Loan; Wells Fargo Home Mortgage, Inc. d/b/a America's Servicing Company; and Brice, Vander Linden & Wernick, P.C. | § | August 21, 2014 |
| | § | Opinion by Justice Dauphinot |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellant Paul Flores shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot